ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for STEVE SCOTT AND SALLIE SCOTT, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE SCOTT and SALLIE SCOTT,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARADISE PARK MASONIC CLUB, INC., a California corporation; STEVE POLIZZI, an individual; KURT LIKINS, an individual; FRANK HANSWELL, an individual; VERDIE POLIZZI, an individual; BILL ECKARD, an individual; BRUCE WILDENRADT, an individual; and DOES 1-10, Inclusive,<br><br>    Defendants | Case No. 18-cv-2560-BLF<br><br>**CONSENT DECREE [PROPOSED] ORDER** |

## RECITALS

Plaintiffs STEVE SCOTT and SALLIE SCOTT ("Plaintiffs") filed a Complaint in this action for injunctive and declaratory relief and damages against PARADISE PARK MASONIC CLUB, INC., a California corporation; STEVE POLIZZI, an individual; KURT LIKINS, an individual; FRANK HANSWELL, an individual; VERDIE POLIZZI, an individual; BILL ECKARD, an individual; BRUCE WILDENRADT, an individual (collectively, "Defendants"). Plaintiffs have alleged that Defendant violated Title III of the Americans with Disabilities Act; the Federal Fair Housing Act; sections 51, 52, 54, 54.1, and 54.3 of the California Civil Code; and Cal. Gov. Code § 12955 *et. seq.*

Defendants deny any wrongdoing or liability. Plaintiffs and Defendants (collectively the "Parties") have concluded that it is in their best interest to avoid protracted litigation and settle all disputes, differences, and disagreements which exist between them arising out of this action.

WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

### I. TERMS, JURISDICTION, AND DISMISSAL:

1. The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.* and the Federal Fair Housing Act, 42 U.S.C. sections 3601 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of California law. Venue is proper.

2. All claims resolved by this Consent Decree shall be dismissed with prejudice as to all Defendants upon the entry of this Order. The Court shall retain jurisdiction of the Action, however, during the duration of the Consent Decree, for the purposes of entering all orders that may be necessary to implement the relief provided for herein, to determine damages and attorneys' fees, costs, if any.

### II. EQUITABLE RELIEF

3. On or before December 31, 2018, Plaintiffs shall vacate their property at 239 Temple Lane, Santa Cruz, CA 95060 ("Subject Property").

4. On or before December 31, 2018, Plaintiff Sallie Scott shall surrender her Paradise Park Masonic Club membership certificate to Defendant Paradise Park Masonic Club, Inc. ("Club").

5. The Club will sell the Subject Property after securing two appraisals, their average plus 10% per the Club's bylaws. The Subject Property shall be sold on or before April 30, 2019. Plaintiffs will receive full benefits of the sale of the Subject Property.

6. Plaintiffs need not and will not conduct any further repairs or construction to the Subject Property.

7. Upon the sale of the Subject Property, receipt of Mrs. Scott's membership certificate with written resignation, the Club will waive any and all outstanding fees, fines, and sanctions against Plaintiffs after the sale of the Subject Property.

8. Thirty days after the sale of the Subject Property, the Club will dismiss with prejudice the action entitled *Paradise Masonic Club Inc. v. Steve Scott, et al.,* Santa Cruz County Superior Court, Case No. 16CV00935.

### III. DAMAGES, ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS

9. The Parties have reached a separate confidential settlement agreement regarding Plaintiffs' claim for damages, attorneys' fees, litigation expenses, and costs.

### IV. ENTIRE CONSENT DECREE AND ORDER

10. In addition to the April 10, 2014 and the August 24, 2018 Settlement Agreements executed by Plaintiffs, this Consent Decree contains the entire agreement between the Parties regarding all claims for relief, injunctive and any other equitable relief being asserted in this action, and it supersedes all negotiations, representations, discussions understandings, contracts, or agreements, with regard to any non-monetary settlement terms prior to the date of this Order.

### V. TERMINATION AND SATISFACTION

11. This Consent Decree and Order shall be in full force and effect for a period of 18 months from the date of entry and the date of Court shall retain jurisdiction of this action to enforce provisions of this Order during the aforementioned term.

### VI. SEVERABILITY

12. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

### VII. SEVERABILITY

13. All time lines set forth in this Consent Decree are subject to extension by mutual agreement of the Parties, set forth in writing signed by the Parties or their counsel.



## VIII. EXECUTION OF THIS CONSENT DECREE

14. This Consent Decree may be executed in counterpart signatures, and such signatures may be attached in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. Such counterparts may be signed as faxed signatures, which shall have the same force and effect as original signatures. The undersigned hereby consent to the foregoing Consent Decree.

Date: 8/27/2018

By: *(signed)*
STEVE SCOTT

Date: 8/27/2018

By: *(signed)* Sallie Scott
SALLIE SCOTT

Date: _____

PARADISE PARK MASONIC CLUB, INC.

By: _____
Title: _____

Approved as to form:

Date: 8/27/2018

By: *(signed)*
IRENE KARBELASHVILI,
Attorney for Plaintiffs

Date: 8/28/2018

By: *(signed)*
KAUFMAN DOLOWICH
Attorney for Defendants

## VIII. EXECUTION OF THIS CONSENT DECREE

14. This Consent Decree may be executed in counterpart signatures, and such signatures may be attached in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. Such counterparts may be signed as faxed signatures, which shall have the same force and effect as original signatures. The undersigned hereby consent to the foregoing Consent Decree.

Date: _____  By: _____
STEVE SCOTT

Date: _____  By: _____
SALLIE SCOTT

Date: 8/28/2018  PARADISE PARK MASONIC CLUB, INC.
By: *[signature]*
Title: PRESIDENT, PPMC

Approved as to form:

Date: _____  By: _____
IRENE KARBELASHVILI,
Attorney for Plaintiffs

Date: _____  By:
_____
_____
Attorney for Defendants

CONSENT DECREE AND [PROPOSE] ORDER
4



# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.

Dated: _____          _____
                                United States District Judge

